Copies Mailed/Faxed 4-11-23
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
MALCOLM PITT,
              Plaintiff,

v.

ROCKLAND COUNTY; SERGEANT
OBLENIS; SERGEANT LOWE;
CORRECTION OFFICER KARNEY;
CORRECTION OFFICER G. VANDUNK;
OFFICER FIGUEROA; and OFFICER
SPENCER,
              Defendants.
--------------------------------------------------------------x

**ORDER**

22 CV 8356 (VB)

      Plaintiff, who is incarcerated and proceeding pro se and in forma pauperis, commenced this action on September 29, 2022. (Doc. #2). By the Amended Order of Service dated November 30, 2022 (Doc. #17), the Order and Second Amended Order of Service dated March 6, 2023 (Doc. #23), and the Order dated April 4, 2023 (Doc. #27), the Court summarized the relevant procedural history of this case.

      By letter dated April 10, 2023, the Rockland County Department of Law agreed to accept service on behalf of defendant Officer Spencer. (Doc. #27). Thus, all defendants have now been served. (See Docs. ##10–14, 19).

      Accordingly, IT IS HEREBY ORDERED:

      1.    By **May 1, 2023**, defendants shall answer, move, or otherwise respond to the first amended complaint.

      2.    By **August 8, 2023**, defendants shall respond to the Local Rule 33.2 Demands.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

Chambers will mail a copy of this Order to plaintiff at the address listed on the docket.

Dated: April 11, 2023
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge