UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MALCOM PITT,

              Plaintiff,

v.

SERGEANT OBLENIS; CORRECTION
OFFICER KARNEY; and CORRECTION
OFFICER G. VANDUNK,
              Defendants.

------------------------------------------------------------x

*3/11/24*

**ORDER**

22 CV 8356 (VB)

Copies Mailed/Faxed 3/11/24
Chambers of Vincent L. Briccetti

       On March 5, 2024, mail sent to plaintiff containing the Court's Scheduling Order dated February 20, 2024 (Doc. #64), was returned and marked "Not Deliverable as Addressed – Unable to Forward." The envelope also has a handwritten note reading "RTS 3rd time not signed for." (See attached).

       This mailing was sent to plaintiff at the address listed on the docket and reflected on recent correspondence he has sent to the Court: Collins Correctional Facility, P.O. Box 340, Collins, New York 14034-430. (See Docs. #61–62). A search of the New York State DOCCS Inmate Lookup website indicates plaintiff is currently in custody at Collins Correctional Facility.

       Plaintiff has another matter in this district, Pitt v. Librizzi, 23 CV 2842 (PMH), which is pending before Judge Halpern. The Court notes the docket in the Librizzi matter reflects that mail sent to plaintiff at the address above has also been recently returned undeliverable. The docket also suggests plaintiff has on occasion refused, failed to pick up, or failed to sign for legal mail.

       It is plaintiff's obligation to provide a current address at which he can receive mail from the Court. Plaintiff is also obligated to take all steps necessary to ensure he receives and reviews his legal mail, including promptly signing for correspondence. **If plaintiff fails to do so, the Court may dismiss this case for failure to prosecute and comply with Court orders, pursuant to Fed. R. Civ. P. 41(b).**

       Chambers will mail a copy of this Order and an additional copy of the February 20, 2024, Scheduling Order to plaintiff at the address on the docket, which remains Collins Correctional Facility.

Dated: March 11, 2024
      White Plains, NY

                    SO ORDERED:

                    _____
                    Vincent L. Briccetti
                    United States District Judge



US POSTAGE

quadient

FIRST-CLASS MAIL
IMI
$000.64 º
02/21/2024 ZIP 10007
043M32335888

RECEIVED
PRO SE OFFICE

2024 MAR -6  PM 4: 03

2203/01/24

NIXIE        146   EE 1            *1045-00771-22-43

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 10007131699

DOCKET SERVICES

CLERK OF COURT
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
U.S. COURTHOUSE - 500 PEARL STREET
NEW YORK, NY 10007

OFFICIAL BUSINESS

CONFIDENTIAL LEGAL MAIL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

2/20/24

------------------------------------------------x

Malcom Pitt 23-B-1367

                Plaintiff,

                                         **<u>SCHEDULING ORDER</u>**

v.

                                         22 CV 8356   (VB)

  Sgt. Oblenis et al

                                               Copies Mailed/Faxed 2/20/24
              Defendant.

                                               Chambers of Vincent L. Briccetti

------------------------------------------------x

        This matter has been scheduled before the Honorable Vincent L. Briccetti, United States

District Judge, for a **telephone conference on   3-21-24 at 9:30 a.m.**   Plaintiff and defense

counsel shall attend the telephone conference by calling the following number and entering the

access code when requested:

      **Dial-In Number:**      **(888) 363-4749 (toll free) <u>or</u> (215) 446-3662**

      **Access Code:**        **1703567**

<u>*Re:*</u>   ***Incarcerated Prisoners***

     *It is the responsibility of counsel for defendant(s) to make prior arrangements with the*
*appropriate facility to have plaintiff available by telephone.*

Dated:   2-20-24

                                        SO ORDERED:

                                        Vincent L. Briccetti
                                        United States District Judge
                                        300 Quarropas Street
                                        White Plains, NY   10601
                                         (914)-390-4166

cc:  Malcom Pitt,   Plaintiff

     Collins Correctional Facility