UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MALCOM PITT,
              Plaintiff,

v.

SERGEANT OBLENIS; CORRECTION
OFFICER KARNEY; and CORRECTION
OFFICER G. VANDUNK,
              Defendants.
------------------------------------------------------------x

**ORDER**

22 CV 8356 (VB)

Copies Mailed/Faxed 7/17/24
Chambers of Vincent L. Briccetti

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/17/24

Plaintiff, proceeding pro se and in forma pauperis, commenced this action by filing a complaint on September 29, 2022. (Doc. #2). At that time, plaintiff was a pretrial detainee at Rockland County Correctional Center in Hempstead, New York. Plaintiff has since been incarcerated at Collins Correctional Facility, in Collins, New York ("CCF").

On March 5, 2024, mail sent to plaintiff containing the Court's Scheduling Order dated February 20, 2024 (Doc. #64), was returned and marked "Not Deliverable as Addressed – Unable to Forward." The envelope also had a handwritten note reading "RTS 3rd time not signed for." (Doc. #67). By Order dated March 11, 2024, the Court reminded plaintiff he must do all that is necessary to receive his legal mail, including promptly signing for correspondence. The Court warned plaintiff that if he failed to do so, his case may be dismissed pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute and comply with Court orders. (Id.).

On March 21, 2024, plaintiff and defense counsel appeared by phone for an initial conference. On the record, the Court instructed plaintiff he must do that which is necessary to receive his legal mail. Plaintiff advised the Court he intends to prosecute this action and stated he picks up all mail promptly when called. The Court directed defense counsel to contact CCF and investigate any issues that may be preventing plaintiff from receiving, signing for, and/or picking up his legal mail. (See Doc. #72). On March 28, 2024, defense counsel informed the Court by letter that CCF reports plaintiff does not come to pick up his mail when called to do so. (Doc. #73).

Since the March 21, 2024, conference, two additional mailings sent to plaintiff have been returned to the Court as undeliverable, with handwritten notes indicating plaintiff did not sign for them. Both mailings were addressed to plaintiff at CCF, and a search of the New York State DOCCS Incarcerated Lookup website confirms plaintiff is still incarcerated there.

In addition, the Court takes notice that plaintiff's other matter in this district was recently dismissed for failure to prosecute, pursuant to Rule 41(b). Pitt v. Librizzi, 2024 WL 3185895, at *5 (S.D.N.Y. June 26, 2024). Among other things, Judge Halpern noted plaintiff was repeatedly warned that failure to receive his legal mail could result in dismissal of the case. Id. at *4.

Accordingly, it is HEREBY ORDERED:

By **July 24, 2024**, defense counsel shall file a letter updating the Court on the progress of discovery and, specifically, whether plaintiff has maintained communication with counsel and responded to defendants' discovery demands, if any. The letter shall also advise whether any mailings sent to plaintiff by defense counsel have been returned as undeliverable, and if so, provide details regarding same.

Plaintiff is again reminded it is his obligation to provide a current address at which he may receive mail from the Court. Plaintiff must take all steps necessary to ensure he receives and reviews his legal mail, including promptly signing for correspondence. **If plaintiff fails to do so, the Court will dismiss this case for failure to prosecute and comply with Court orders, pursuant to Fed. R. Civ. P. 41(b).**

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal taken from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: July 17, 2024
      White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge