UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MALCOM PITT,

              Plaintiff,

v.

SERGEANT OBLENIS; CORRECTION
OFFICER KARNEY; and CORRECTION
OFFICER G. VANDUNK,

              Defendants.

------------------------------------------------------------x

**ORDER**

22 CV 8356 (VB)

Copies Mailed/Faxed 7/22/24
Chambers of Vincent L. Briccetti

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 7/22/24

      By Order dated July 17, 2024, the Court ordered defense counsel to file a status report regarding the progress of discovery in this matter—specifically, whether plaintiff, proceeding pro se and in forma pauperis, has maintained communication with counsel and responded to defendants' discovery demands, if any. Defense counsel was also instructed to inform the Court whether any mailings sent to plaintiff have been returned as undeliverable. (Doc. #74).

      On July 22, 2024, defense counsel reported he has had no communication with plaintiff, and defendants have not served plaintiff with any discovery demands. However, defendants recently served plaintiff with a notice of deposition, which has not been returned as undeliverable. (Doc. #75).

      Defense counsel is reminded that, pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), leave of Court is required to depose an individual who is confined in prison.

      Accordingly, it is HEREBY ORDERED:

      By September 6, 2024, defense counsel shall file a further status report updating the Court on the progress of discovery, including whether plaintiff's deposition has been completed and whether plaintiff has otherwise maintained communication with counsel.

      Plaintiff is again reminded he must take all steps necessary to ensure he receives and reviews his legal mail, including promptly signing for correspondence. **If plaintiff fails to do so, the Court will dismiss this case for failure to prosecute and comply with Court orders, pursuant to Fed. R. Civ. P. 41(b)**.

      Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: July 22, 2024
      White Plains, NY

                    SO ORDERED:

                    _____
                    Vincent L. Briccetti
                    United States District Judge