UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
MALCOLM PITT,

              Plaintiff,

v.

SERGEANT OBLENIS; CORRECTION
OFFICER CARNEY; and CORRECTION
OFFICER G. VAN DUNK,

              Defendants.
--------------------------------------------------------------x

**ORDER AUTHORIZING THE DEPOSITION OF AN INCARCERATED INDIVIDUAL**

22 CV 8356 (VB)

      Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), it is HEREBY ORDERED that defendants in this action may take the deposition of plaintiff Malcolm Pitt, Department Identification Number 23B1367, incarcerated at Collins Correctional Facility in Collins, New York, either in person or by videoconference before a public notary or other person authorized to administer oaths by the laws of the United States or of the State of New York, at any New York State correctional facility, upon notice to plaintiff and the superintendent of the correctional facility where he is then located.

      Plaintiff is advised that if he fails to attend and complete his own properly noticed deposition, the Court may impose sanctions pursuant to Fed. R. Civ. P. 37(d), which may include an order dismissing this action.

Dated: September 4, 2024
       White Plains, NY

                                          SO ORDERED:

                                          _____
                                          Vincent L. Briccetti
                                          United States District Judge