UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

MALCOLM PITT,

                      Plaintiff,

v.

SERGEANT OBLENIS; CORRECTION
OFFICER KARNEY; and CORRECTION
OFFICER G. VANDUNK,

                      Defendants.
--------------------------------------------------------------x

**ORDER**

22 CV 8356 (VB)

      By letter dated November 14, 2024, defense counsel advises the Court that the parties have reached a settlement (Doc. #86). Accordingly, the case management conference scheduled for November 22, 2024, is cancelled. By December 16, 2024, the parties shall file either a stipulation of dismissal or a status report regarding settlement.

      Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: November 14, 2024
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge